# MILLER KORZENIK SOMMERS RAYMAN LLP

488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
TEL.212-752-9200 • FAX 212-688-3996 • WWW.MKSLEX.COM

September 7, 2017

**via ECF**

Hon. Brenda K. Sannes, U.S. District Judge
Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
United States District Court
Northern District of New York

          **Re: Long et al. v. U.S. Immigration and Customs Enforcement,
             No. 17-cv-506-BKS-TWD**

Dear Judges Sannes and Dancks,

    We are counsel for plaintiffs in this matter and write to provide a status report, as directed during the initial conference on August 9. The parties have conferred and see no prospect for settlement. We therefore plan to proceed according to the summary judgment briefing schedule outlined in the case management plan and so-ordered by Judge Dancks on August 9 (ECF Doc. No. 10).

                                        Respectfully submitted,

                                        s/ Terence P. Keegan

                                        Mona Houck
                                        Terence P. Keegan