"3"

# CD CONTAINING JANUARY 2017 EXCEL SPREADSHEET