"4"

# CD CONTAINING

# OCTOBER 2017

# EXCEL

# SPREADSHEET