**EXHIBIT 1**











