# EXHIBIT 3

## DISAPPEARING FIELDS

| Disappearing Fields | Corresponding Request Items |
|---|---|
| **Valid Arrest** | |
| **Apprehension Date** | 8. Following the preparation of the Form I-247/I-247D/I-247N, ICE administratively arrested individual (yes/no); if yes, date of ICE arrest. |
| **Book In After Detainer** | 9. Following the preparation of the Form I-247/I-247D/I-247N, individual was booked into ICE Custody (yes/no); and if yes: |
| **Book In Date** | 9a. If yes, date booked into ICE custody and |
| **Apprehension Method** | 9b. If yes, recorded apprehension method.  (also 75. the apprehension method associated with the latest apprehension) |
| **Initial Charge Description** | |
| **Initial Charge Section** | 10. Following the preparation of the Form I-247/I-247D/I-247N, OSC was filed in immigration court (yes/no); if yes, date OSC filed and specific charges to support request for removal cited.* |
| **Valid Removal** | |
| **Departed Date** | |
| **Processing Disposition Code** | 11. Following the preparation of the Form I-247/I-247D/I-247N, individual was deported (yes/no); if yes, date of deportation, latest processing disposition code, program code and case category at time of departure* |
| **Removal Program** | |
| **Case Category** | |
| **Detention Facility Code** | |
| **Detention Facility** | 12. Code of detention facility initially booked into |

## DISAPPEARING FIELDS

| Disappearing Fields | Corresponding Request Items |
|---|---|
| **Init Detention Facility Code** | 13. Name of detention facility initially booked into |
| **Init Detention Facility** | |
| **Init Book In Date** | 14. Initial book-in date |
| **Latest Entry Date\*\*** | 21. date of last entry |
| **Latest Entry Status\*\*** | 24. last entry status |
| **Charged with Crime** | 28. charged with a crime (yes/no) [any charge, not restricted to convictions] |
| **Convicted of Crime** | 33. convicted of a crime (yes/no) |
| **Most Serious Criminal Conviction (MSCC)** | 35. most serious criminal conviction offense |
| **Mscc Conviction Date** | 36. date of most serious criminal conviction |
| **Mscc Sentence Days** | 37. sentence for most serious criminal conviction |
| **Mscc Sentence Months** | |
| **Mscc Sentence Years** | |
| **Mscc Code** | 38. NCIC code for most serious criminal conviction offense |
| **Criminal Charge Code** | 39. information on every conviction not just the most serious (date of the charge, date of the conviction, NCIC code for charge, level of offense (felony, misdemeanor, citation, etc.), sentence received) and 40. informatioin on every charge not just the most serious for which a conviction has not occurred (date of charge, current status, NCIC code for charge, ... [also item 48, 50, 52 and 54] |
| **Criminal Charge** | |
| **Criminal Charge Status** | |
| **Charge Dt** | |
| **Conviction Dt** | |
| **Sentence Days** | |
| **Sentence Months** | |
| **Sentence Years** | |
| **Rc Threat Level** | 47. RC Threat Level and 53. Convicted Criminal L1, L2, L3 |
| **Detainer Program** | 62. program code at time Form I-247/I-247D issued |
| **Detainer Program Code** | |

## DISAPPEARING FIELDS

| Disappearing Fields | Corresponding Request Items |
|---|---|
| **Detainer after Border Patrol Arrest** | 73. Was the original Form I-247/I-247D/I-247N issued as a result of an arrest by the Border Patrol (yes/no) |
| **Arrest Program Current Final** | 74. name of the program or area associated with the original arrest or apprehension (criminal alien program, fugitive operations, office of investigations, border patrol operation streamline, other border patrol program, secure communities, 287(g), etc.) |
| | |

* In addition, the response for I-247N (Notices) was missing the following additional fields which were provided in response to the I-247/I-247D (Detainer) request:  "Osc Served Yes No," Osc Served Date," "Deportation Ordered Yes No," and "Prev Detainer Cancel Yes No"

** Four fields ("Earliest Entry Date" (Item 20), "Latest Entry Date" (Item 21), "Earliest Entry Status" (Item 23), "Latest Entry Status" (Item 24) were previously regularly provided.  For Requests at issue, only two fields were provided ("Entry Date" and "Entry Status"); it is unclear which of the previous four these two represent.