**EXHIBIT 4**

# ERO LESA Statistical Tracking Unit

FOIA 2016-ICFO-54702 FY15 through August 2016 Removals Following Identification via Secure Communities' use of IDENT/IAFIS Interoperability

**General Notes:**

• SC Removals are as of 09/05/2016 (ICE Integrated Decision Support (IIDS) v.1.22.1 run date 09/08/2016; ENFORCE Integrated Database (EID) as of 09/05/2016).

| Arrest Date | Book In Date | Most Serious Criminal Conviction Code | Most Serious Criminal Conviction | Conviction Dt | Sentence Years Qty | Sentence Months Qty | Sentence Days Qty |
|---|---|---|---|---|---|---|---|
| 2/10/2015 | 4/30/2015 | 3570 | Amphetamine - Manufacturing | 11/30/2004 | 1 | | |
| 4/30/2014 | 3/25/2015 | 3571 | Amphetamine - Sell | 7/6/2011 | | 60 | |
| 1/24/2015 | | 3599 | Dangerous Drugs | 7/21/2005 | | | |
| 5/15/2014 | 10/6/2014 | 2604 | Fraud - Impersonating | 4/30/2014 | | 1 | |
| 5/13/2015 | 5/13/2015 | 1103 | Rape - Strongarm | 7/23/2009 | 20 | 0 | 0 |
| 9/14/2015 | 9/14/2015 | 3530 | Cocaine - Sell | 2/6/2006 | | | |
| 1/19/2013 | 8/31/2015 | 1315 | Aggravated Assault - Weapon | 3/20/2006 | 0 | 0 | 0 |
| 7/9/2015 | 7/9/2015 | 3560 | Marijuana - Sell | 5/8/2014 | 2 | 6 | |
| 2/13/2015 | 2/13/2015 | 5401 | Hit and Run | 5/8/2007 | | | 10 |
| 10/30/2014 | 3/8/2015 | 5012 | Probation Violation | 2/19/2008 | 0 | 0 | 30 |
| 4/2/2015 | 4/2/2015 | 1302 | Aggravated Assault - Family-Weapon | 9/26/2007 | 2 | 0 | |
| 7/28/2015 | 7/28/2015 | 5404 | Driving Under Influence Liquor | 10/24/2014 | | 6 | |
| 9/23/2014 | 4/1/2016 | 3540 | Synthetic Narcotic - Sell | 10/6/2011 | | | |
| 5/16/2013 | 2/23/2015 | 1399 | Assault | 12/28/2009 | 2 | 0 | 0 |
| 7/17/2015 | | 2299 | Burglary | 8/21/2006 | 3 | | |
| 2/9/2015 | 2/9/2015 | 35AB | Drug Trafficking | 5/7/2010 | | 46 | |
| 7/24/2014 | 12/18/2014 | 03AB | Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only) | 7/25/2014 | | | 150 |
| 6/1/2015 | 5/29/2015 | 5212 | Possession Of Weapon | 2/7/2007 | | | |
| 10/28/2015 | 10/28/2015 | 3570 | Amphetamine - Manufacturing | 11/30/2004 | 1 | | |
| 3/24/2015 | 4/3/2015 | 7399 | Public Order Crimes | 8/23/2010 | | | |
| 2/1/2014 | 10/30/2015 | 3601 | Sex Offense Against Child-Fondling | 11/1/2011 | 2 | 0 | 0 |
| 10/20/2014 | 10/20/2014 | 5015 | Failure To Appear | 6/28/2008 | 0 | 0 | 0 |
| 12/9/2013 | 2/13/2015 | 3510 | Heroin - Sell | 5/30/2013 | | 30 | |