**EXHIBIT 6**

| EXCERPT OF DATA PROVIDED FROM THE EID IN RESPONSE TO MAY 17, 2010 REQUEST | | | |
|---|---|---|---|
| Person Relationship | Relative_Citizenship Country | Relative_Birth Country | FY_FOIA_ID |
| Father | MEXICO | MEXICO | 29708 |
| Mother | MEXICO | MEXICO | 29708 |
| Spouse | MEXICO | | 53994 |
| Spouse | MEXICO | | 53994 |
| Spouse | MEXICO | | 53994 |
| Father | MEXICO | MEXICO | 53994 |
| Father | MEXICO | MEXICO | 53994 |
| Father | MEXICO | MEXICO | 53994 |
| Mother | MEXICO | MEXICO | 53994 |
| Mother | MEXICO | MEXICO | 53994 |
| Mother | MEXICO | MEXICO | 53994 |
| Father | UNITED STATES | MEXICO | 54491 |
| Mother | MEXICO | MEXICO | 54491 |
| Father | HONDURAS | HONDURAS | 46039 |
| Mother | HONDURAS | HONDURAS | 46039 |
| Father | MEXICO | MEXICO | 53956 |
| Father | MEXICO | MEXICO | 53956 |
| Father | MEXICO | MEXICO | 53956 |
| Father | MEXICO | MEXICO | 53956 |
| Mother | MEXICO | MEXICO | 53956 |
| Mother | MEXICO | MEXICO | 53956 |
| Father | MEXICO | MEXICO | 51556 |
| Father | MEXICO | MEXICO | 51556 |
| Mother | MEXICO | MEXICO | 51556 |
| Mother | MEXICO | MEXICO | 51556 |
| Father | MEXICO | MEXICO | 51555 |
| Father | MEXICO | MEXICO | 51555 |
| Mother | MEXICO | MEXICO | 51555 |
| Mother | MEXICO | MEXICO | 51555 |
| Spouse | MEXICO | | 51583 |
| Spouse | MEXICO | | 51583 |
| Father | MEXICO | MEXICO | 51583 |
| Father | MEXICO | MEXICO | 51583 |
| Mother | MEXICO | MEXICO | 51583 |
| Mother | MEXICO | MEXICO | 51583 |
| Father | MEXICO | MEXICO | 50690 |
| Father | MEXICO | MEXICO | 50690 |
| Mother | MEXICO | MEXICO | 50690 |
| Mother | MEXICO | MEXICO | 50690 |
| Spouse | MEXICO | | 60557 |
| Spouse | MEXICO | | 60557 |

| Spouse | MEXICO | | 60557 |
|---|---|---|---|
| Father | COLOMBIA | | 50314 |
| Father | COLOMBIA | | 50314 |
| Father | COLOMBIA | | 50314 |
| Father | COLOMBIA | | 50314 |
| Father | COLOMBIA | | 50314 |
| Father | COLOMBIA | | 50314 |
| Father | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Mother | COLOMBIA | | 50314 |
| Father | MEXICO | MEXICO | 53861 |
| Father | MEXICO | MEXICO | 53861 |
| Father | MEXICO | MEXICO | 53861 |
| Father | MEXICO | MEXICO | 53861 |
| Mother | MEXICO | MEXICO | 53861 |
| Mother | MEXICO | MEXICO | 53861 |
| Mother | MEXICO | MEXICO | 53861 |
| Mother | MEXICO | MEXICO | 53861 |
| Father | MEXICO | MEXICO | 53674 |
| Father | MEXICO | MEXICO | 53674 |
| Father | MEXICO | MEXICO | 53674 |
| Father | MEXICO | MEXICO | 53674 |
| Father | MEXICO | MEXICO | 53674 |
| Mother | MEXICO | MEXICO | 53674 |
| Mother | MEXICO | MEXICO | 53674 |
| Mother | MEXICO | MEXICO | 53674 |
| Mother | MEXICO | MEXICO | 53674 |
| Mother | MEXICO | MEXICO | 53674 |
| Spouse | UNITED STATES | | 60681 |
| Spouse | UNITED STATES | | 60681 |
| Spouse | UNITED STATES | | 60681 |
| Spouse | UNITED STATES | | 60681 |
| Spouse | UNITED STATES | | 60681 |
| Father | TOGO | TOGO | 60681 |
| Father | TOGO | TOGO | 60681 |
| Father | TOGO | TOGO | 60681 |
| Father | TOGO | TOGO | 60681 |
| Father | TOGO | TOGO | 60681 |
| Father | HONDURAS | HONDURAS | 53669 |

| | | | |
|---|---|---|---|
| Mother | HONDURAS | HONDURAS | 53669 |
| Father | MEXICO | MEXICO | 59813 |
| Father | MEXICO | MEXICO | 59813 |
| Father | MEXICO | MEXICO | 59813 |
| Father | MEXICO | MEXICO | 59813 |
| Mother | MEXICO | MEXICO | 59813 |
| Mother | MEXICO | MEXICO | 59813 |
| Mother | MEXICO | MEXICO | 59813 |
| Mother | MEXICO | MEXICO | 59813 |
| Father | MEXICO | MEXICO | 60666 |
| Father | MEXICO | MEXICO | 60666 |
| Mother | MEXICO | MEXICO | 60666 |
| Mother | MEXICO | MEXICO | 60666 |
| Father | MEXICO | MEXICO | 61425 |
| Mother | MEXICO | MEXICO | 61425 |
| Spouse | INDIA | | 42598 |
| Spouse | INDIA | | 42598 |
| Spouse | MEXICO | | 46366 |
| Spouse | MEXICO | | 46366 |
| Father | MEXICO | MEXICO | 51319 |
| Father | MEXICO | MEXICO | 51319 |
| Father | MEXICO | MEXICO | 51319 |
| Father | MEXICO | MEXICO | 51319 |
| Father | MEXICO | MEXICO | 51319 |
| Father | MEXICO | MEXICO | 51319 |
| Mother | MEXICO | MEXICO | 51319 |
| Mother | MEXICO | MEXICO | 51319 |
| Mother | MEXICO | MEXICO | 51319 |
| Mother | MEXICO | MEXICO | 51319 |
| Mother | MEXICO | MEXICO | 51319 |
| Mother | MEXICO | MEXICO | 51319 |
| Spouse | MEXICO | | 53951 |
| Spouse | MEXICO | | 53951 |
| Spouse | MEXICO | | 53951 |
| Spouse | MEXICO | | 53951 |
| Father | MEXICO | MEXICO | 53951 |
| Father | MEXICO | MEXICO | 53951 |
| Father | MEXICO | MEXICO | 53951 |
| Father | MEXICO | MEXICO | 53951 |
| Spouse | UNITED STATES | | 39744 |
| Spouse | UNITED STATES | | 39744 |