# EXHIBIT 8

**U.S. Border Patrol Nationwide Apprehensions**
**FY2017TD through May**
*Data includes Deportable Aliens Only*
Data Source: EID (Unofficial) as of 7/12/17

| CITIZENSHIP | GENDER | APP_AGE | NUMBER_CHILDREN_AND_NATIONALITY | MARITAL_STATUS |
|---|---|---|---|---|
| MEXICO | Male | 41 | 5 MEXICO | Married |
| MEXICO | Male | 28 | NONE | Single |
| MEXICO | Male | 41 | CLAIMS NONE | Single |
| MEXICO | Male | 33 | 2/UNITED STATES | Single |
| EL SALVADOR | Male | 33 | NONE | Single |
| BRAZIL | Male | 27 | CLAIMS 1 BRAZILIAN | Single |
| MEXICO | Male | 41 | NONE | Married |
| EL SALVADOR | Male | 27 | 0 | Single |
| MEXICO | Male | 37 | 2, MEXICO | Single |
| MEXICO | Male | 36 | | Divorced |
| MEXICO | Male | 42 | 1 USC | Single |
| GUATEMALA | Male | 15 | NONE | |
| MEXICO | Male | 41 | 1/ MEXICO | Married |
| MEXICO | Male | 33 | 2 USC | Single |
| HONDURAS | Male | 32 | NONE | Single |
| MEXICO | Male | 38 | 1 MEXICAN | Single |
| GUATEMALA | Male | 41 | 2 GUATEMALAN | Married |
| MEXICO | Female | 24 | NONE. | Single |
| GUATEMALA | Male | 26 | NONE | Single |
| MEXICO | Male | 50 | 6, UNITED STATES CITIZENS | Single |
| MEXICO | Male | 34 | 1 MEX | Single |
| MEXICO | Male | 40 | NONE | Single |
| MEXICO | Male | 35 | NONE | Single |
| MEXICO | Male | 42 | 2 US | Single |
| GUATEMALA | Male | 26 | THREE, CANADA | Single |
| MEXICO | Female | 26 | 2, MEXICAN | Single |
| GUATEMALA | Male | 22 | NONE | Single |
| MEXICO | Male | 31 | THREE MEXICAN CHILDREN, MINORS | Single |
| MEXICO | Male | 25 | ONE MINOR MEXICAN NATIONAL CHILD | Single |
| MEXICO | Male | 34 | NONE. | Single |
| MEXICO | Male | 42 | 1 DAUGHTER MEXICAN | Married |
| EL SALVADOR | Male | 19 | NONE | Single |
| BRAZIL | Male | 21 | CLAIMS NO MINOR CHILDREN | Single |
| GUATEMALA | Male | 23 | CLAIMS NONE | Single |
| MEXICO | Male | 43 | NONE | Single |
| MEXICO | Male | 31 | 3 MEXIC | Single |
| GUATEMALA | Male | 41 | 2 USC | Single |
| MEXICO | Male | 35 | CLAIMS TWO MEXICAN CITIZEN CHILDREN. | Single |